MOLLFULLEDA *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property
of San Juan, Section 1.

No. 129.—Decided October 22, 1912.

ADMINISTRATIVE APPEAL—PERIOD FOR TAKING ADMINISTRATIVE APPEAL.—In accordance with section 3 of an Act governing appeals from decisions of registrars of property, approved March 1, 1902, all administrative appeals should be taken within a period of 20 days after the notice of the decision and, therefore, the present appeal is dismissed because it was taken after said period.

The facts are stated in the opinion.
The appellant appeared *per se.*
MR. JUSTICE DEL TORO delivered the opinion of the court.
The note refusing admission of an instrument to record, from which this administrative appeal has been taken, is dated August 5, 1912, notice of which was served on September 7, 1912, upon the party presenting the document. The notice of appeal was dated October 5, 1912, and was filed in the office of the secretary of this Supreme Court on the 21st of the current month of October.

Wherefore, and in view of the provisions of section 3 of the law relative to appeals from decisions of registrars of property, approved March 1, 1902, and the long line of decisions of this court, the appeal should be dismissed, because it has been taken after the expiration of the 20 days fixed by law.

*Dismissed.*

Chief Justice Hernández and Justices MacLeary, Wolf and Aldrey concurred.